UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

December 19, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
   DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. 1:24-cr-00046 |
| | ) |
| **MCKINSEY & COMPANY, INC.** | ) |
| **UNITED STATES** | ) |

### ORDER TO EXCLUDE TIME

1. The United States of America and McKinsey & Company, Inc. United States have jointly moved this Court for an Order excluding a seventy-two (72) month period from the computation of time within which any trial must be commenced upon the charges contained in the Information, pursuant to Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act.

2. Section 3161(h)(2) provides for the exclusion of time under the Speedy Trial Act for "any period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct." 18 U.S.C. § 3161(h)(2); see also United States v. Fokker Services B.V., 818 F.3d 733, 746 (D.C. Cir. 2016) (reversing district court decision denying motion to exclude time under § 3161(h)(2) where parties had voluntarily entered into a deferred prosecution agreement).

3. The United States and McKinsey & Company, Inc. United States and McKinsey & Company, Inc. (collectively, "MCKINSEY") have entered into a written Deferred Prosecution Agreement (hereinafter, "the Agreement"). The purpose of the

Agreement is to allow MCKINSEY to demonstrate its good conduct and implement remedial measures.

4. In the Agreement, McKinsey & Company, Inc. United States agreed to waive its right to an indictment, and agreed to the filing of an Information in this Court charging it with two criminal offenses.

5. Pursuant to the Agreement, the United States is deferring the criminal prosecution of McKinsey & Company, Inc. United States on the Information for a period of sixty (60) months and McKinsey & Company, Inc. United States has agreed the United States may unilaterally extend the term of the Agreement and deferral of the prosecution for an additional twelve (12) months if it so chooses. Pursuant to Section 3161(h)(2) of Title 18 of the United States Code, the United States has requested the Court to exclude this seventy-two (72) month period from computation under the Speedy Trial Act. McKinsey & Company, Inc. United States has joined that request and does not oppose a continuance of all further criminal proceedings for a period of 72 months, with the understanding that this entire period will be excluded for purposes of the Speedy Trial Act. McKinsey & Company, Inc. United States further waives any and all rights to a speedy trial pursuant to the Sixth Amendment of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rule of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the Western District of Virginia for the period that the Agreement is in effect.

6. The United States has agreed that if MCKINSEY has complied in all respects

with all of its obligations under the Agreement, the United States, within thirty (30) days of the expiration of the Term set forth in the Agreement, or at an earlier time at the discretion of the United States, will move this Court for dismissal with prejudice of the charges in the Information against McKinsey & Company, Inc. United States.

Accordingly, for good cause shown, it is hereby ORDERED that all criminal proceedings in this matter are continued for a period of seventy-two (72) months, and such time period is excluded from computation under the Speedy Trial Act.

Entered: December 19, 2024

*Robert S. Ballon*
United States District Judge